UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CODY DUDLEY,

    Plaintiff,

v.                          CASE NO: 8:10-cv-1660-T-33AEP

ALL SEASONS LANDSCAPING, INC.,

    Defendant.
_____/

**ORDER**

    This cause comes before the Court pursuant to Defendant All Seasons Landscaping's Motion to Dismiss for Lack of Subject Matter Jurisdiction (Doc. # 17). Plaintiff Dudley filed a Response in Opposition thereto (Doc. # 22).

    Dudley filed this action seeking unpaid overtime compensation, liquidated damages, declaratory relief, and reasonable attorneys' fees and costs pursuant to the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.*, and 29 U.S.C. §§ 2201 and 2202. All Seasons Landscaping now moves this Court to dismiss this case on the grounds that it tendered the full amount of the relief to which Dudley is entitled. As such, All Seasons Landscaping argues, this action is now moot.

    If Dudley had, in fact, accepted All Seasons Landscaping's offer or if the amount of relief to which Dudley is entitled was quantifiable pursuant to a statute, for example, and the offer

met or exceeded this amount, this Court might agree that there was no longer a case or controversy to determine. See, e.g., Gathagan v. Rag Shop/Hollywood, Inc., No. 04-80520-CIV, 2005 WL 6504414 (S.D. Fla. Feb. 10, 2005); Cameron-Grant v. Maxim Healthcare Servs., Inc., 347 F.3d 1240, 1244 (11th Cir. 2003); Mackenzie v. Kindred Hospitals E., L.L.C., 276 F. Supp. 2d 1211, 1219 (M.D. Fla. 2003). Dudley, however, did not accept All Seasons Landscaping's offer, and All Seasons Landscaping's offer is less than the amount claimed by Dudley in this action as set forth in Dudley's sworn responses to the Court's interrogatories regarding his total damages. Accordingly, this Court finds that All Seasons Landscaping's settlement offer does not render Dudley's claims for unpaid overtime moot, and its motion to dismiss must be denied.

Accordingly, it is

**ORDERED, ADJUDGED,** and **DECREED:**

Defendant All Seasons Landscaping's Motion to Dismiss for Lack of Subject Matter Jurisdiction (Doc. # 17) is **DENIED.**

**DONE** and **ORDERED** in Chambers in Tampa, Florida, this 8th day of April, 2011.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

2

Copies:

All Counsel of Record